**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LEE SAULS, | ) NO. CV 13-2125-JFW (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| E. VALENZUELA, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  August 7, 2014.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE